UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DRMR Finance Network, LLC
    Plaintiff,
  v.

Case No. 10-C-0214

Tyrone Staindl Grandberry,
G Group International, LLC
    Defendants

Tyrone Staindl Grandberry,
G Group International, LLC
    Defendants-Counter-Plaintiffs,
  v.

DRMR Finance Network, LLC
    Plaintiff-Counter-Defendant,

Josh Schultz,
Martin Greenberg,
    Third Party Defendants

## ORDER TRANSFERRING VENUE

The plaintiff, DRMR Finance Network, LLC, filed this action in the Circuit Court of Jefferson County, Wisconsin (Case No. 09-cv-1112) on December 14, 2009. On March 15, 2010, defendants G Group International. LLC and Tyrone Staindl Grandberry removed the proceedings to this court pursuant to 28 U.S.C. § 1441. Section 1441(a) provides in relevant part:

> any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

Jefferson County where this action was filed is located in the Western District of Wisconsin.

Accordingly, as Jefferson County is not within this district, this action should have been removed to the United States District Court for the Western District of Wisconsin.

Section 1406(a) of Title 28, United States Code, provides:

> The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.

Upon due consideration, the court determines that this action should be transferred in the interest of justice to the proper venue, the United States District Court for the Western District of Wisconsin.

### ORDER

**NOW, THEREFORE, IT IS ORDERED** that this action be and hereby is transferred to the United States District Court for the Western District of Wisconsin.

**IT IS ALSO ORDERED** that the Clerk of Court transfer the action accordingly.

Dated at Milwaukee, Wisconsin this   23rd   day of March, 2010.

BY THE COURT:

 /s/ Patricia J. Gorence
PATRICIA J. GORENCE
United States Magistrate Judge